UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **FORNELL ROBINSON**<br>    LA. DOC #124230 | **CIVIL ACTION NO. 3:13-cv-0963** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **LARRY G. COX, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Fed. R. Civ. P. 41(b).

**MONROE, LOUISIANA,** this 2nd day of October, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE